UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| FREDDIE LOUIS DILLARD,<br><br>      Petitioner,<br>v.<br><br>STATE OF MINNESOTA,<br><br>      Respondent. | Civil File No. 05-2087 (JNE/JGL)<br><br>**ORDER** |

The above-entitled matter came before the Court upon the Report and Recommendation of the Chief United States Magistrate Judge. Objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

    1. Petitioner's Objections to the Report and Recommendation are overruled.

    2. Petitioner's Application for a Writ of Habeas Corpus (Docket No. 1) is DENIED;

    3. Petitioner's Application to Proceed in forma pauperis (Docket No. 2) is DENIED; and

    4. This action is summarily DISMISSED WITHOUT PREJUDICE.

Dated: October 12, 2005

                                                  s/ Joan N. Ericksen
                                                  JOAN N. ERICKSEN, Judge
                                                  United States District Court